**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 03-7315**

———————

MARIO N. HUGHLEY,

                                          Plaintiff - Appellant,

        versus


CARRIE BASHAM, LPN; JOHN R. BARNETT, M.D.;
LALANI   D.   MCCANN,   M.D.;   CORRECTIONS
CORPORATION   OF   AMERICA;   PRISON   REALTY
CORPORATION,  formerly  known  as  Corrections
Corporation of America; PATRICIA A. TERRANGI;
J. D. TERRY; RONALD ANGELONE; M. VERNON SMITH,
M.D.; DOE #1; JANE/JOHN DOE #2; JANE/JOHN DOE
#3,

                                          Defendants - Appellees,

        and

JACKIE R. SMITH,

                                          Defendant.

———————

Appeal  from  the  United  States  District  Court  for  the  Eastern
District of Virginia, at Norfolk.  Raymond A. Jackson, District
Judge.  (CA-03-85-2)

———————

Submitted:  February 25, 2004        Decided:  March 23, 2004

———————

Before LUTTIG, MICHAEL, and KING, Circuit Judges.

———————

Affirmed by unpublished per curiam opinion.

———————————

John L. Watts, BREIT, DRESCHER & IMPREVENTO, P.C., Norfolk, Virginia; O. L. Gilbert, GILBERT & ALBISTON, Norfolk, Virginia, for Appellant. Carlyle R. Wimbish, III, Kenneth T. Roeber, SANDS, ANDERSON, MARKS & MILLER, P.C., Richmond, Virginia; John D. McChesney, RAWLS & MCNELIS, P.C., Richmond, Virginia; Mark R. Davis, Senior Assistant Attorney General, Richmond, Virginia; Kerri Borchardt Taylor, MORIN & BARKLEY, Charlottesville, Virginia, for Appellees.

———————————

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Mario N. Hughley appeals the district court's order dismissing his 42 U.S.C. § 1983 (2000) complaint pursuant to Fed. R. Civ. P. 12(b)(6), as barred by the statute of limitations. We have reviewed the parties' briefs and joint appendix and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. <u>See</u> <u>Hughley v. Basham</u>, No. CA-03-85-2 (E.D. Va. filed Aug. 1, 2003 & entered Aug. 4, 2003). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>